## File Hashes for IP Address 74.105.20.169

**ISP:** Verizon Internet Services
**Physical Location:** Morristown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/03/2013 22:44:17 | C36DEC68F30937A6694D89B5361968E22F7E1DC7 | Seeing Double |
| 01/19/2013 00:59:53 | 6B12C4FD29E8B75213A4BC2D36B4186E8E8A2FAD | Yoga Master and Student |
| 12/30/2012 04:13:07 | 483A8326D81C244AAC797237898D7566F83EF317 | A Girls Fantasy |
| 12/23/2012 00:04:16 | 8CE645CB1D0F5009C20CE230F0B98842A9E7DA35 | Sent from Heaven |
| 12/14/2012 02:02:19 | 1A8E3E61CD5AC38AD481868D9F676F31BED03A4B | Unforgettable View #1 |
| 12/12/2012 03:08:18 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | Waterfall Emotions |
| 12/01/2012 15:18:55 | 3C8A08543AFC589AD77EEACE455571CA8552EBBC | Lovely Lovers |
| 12/01/2012 15:13:58 | 6B79A83D040544BB8F40D7D2B490DBC981BE762E | Silvie Eufrat Strip Poker |
| 12/01/2012 15:10:37 | 7543FC0B962821AC118B9A75D0E290558FF884BA | Leila Faye Awesome Threesome |
| 12/01/2012 15:06:56 | 2F73EB7A20893FCF0B3C8E50C4775048B6D46F38 | Introducing Angelica |
| 12/01/2012 15:05:24 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 11/26/2012 02:12:58 | 8211D3AEE36C3CC6BD8089DE1F887F062D62DD36 | Finding Elysium |
| 11/09/2012 19:15:18 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 10/29/2012 01:06:59 | F5F9ADA136D58CF67A02A1E2A8D89D3ED8F86703 | Stay With Me |
| 10/29/2012 00:44:53 | B7344FE1995C1E5DA04719E5E14763C616DF3F0D | Silver Bullets |
| 10/27/2012 02:52:09 | A6EB14E87E454CA43454D196146E802392704DF8 | Girls Night Out |
| 10/26/2012 01:14:22 | 6BA13E2361A3570383D1D799F8BE141A324665F4 | Backdoor Lover |
| 10/24/2012 23:14:40 | 54BBEB2E485E8FA60FED3C4503A772B3BB18DE65 | A Day to Remember |
| 10/21/2012 00:16:35 | 286EE118AC12256B52C458EAEF28DDF9996080F5 | MaryJane Young Love |
| 10/20/2012 14:07:56 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 10/20/2012 13:53:28 | 7753482258D4E58CFB5F06C59DB6445C826B279A | Flexible Beauty |
| 10/20/2012 13:50:32 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |

EXHIBIT A

CNJ48

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/14/2012 22:39:45 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 10/14/2012 22:37:52 | 5991783A513D5327D511D40E2F9BBF8D60503E39 | Red Hot |
| 10/14/2012 22:29:53 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 10/14/2012 22:00:34 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love |
| 10/14/2012 21:42:27 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 10/14/2012 21:34:54 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 10/14/2012 21:27:59 | 5D078FC4F665E7B3E7D80C47845956542379750F | Transcendence |
| 10/14/2012 21:19:20 | 4706491E8D3A2D21A3BCCC444F08E25E3D93B926 | Fucking Perfection |
| 10/14/2012 21:07:50 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby |
| 10/14/2012 21:05:00 | E3D38CC7D2559B8AF854863273AEE7CEF02CFD2D | Introducing Kaylee |
| 10/14/2012 20:59:11 | 7376B16D5E78C06B5C6A1C06B7953E57081BEBDE | Lovers in Paradise |
| 10/14/2012 20:57:55 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 10/14/2012 16:44:50 | A0FB13A2FDEE4CCDB685B0BA2F00ECAA3026D44D | The Rich Girl Part #2 |
| 10/14/2012 16:44:14 | C98F34BB21873DA8042CF8C0A08CBE3246983CAD | Poolside Romp |
| 10/14/2012 14:13:54 | 77513DC7A7BF406052D8E3F1D402526E55630C67 | Three for the Show |
| 10/07/2012 16:42:20 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 09/23/2012 14:28:44 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 09/23/2012 14:11:14 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 09/22/2012 15:56:13 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 09/22/2012 15:26:26 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 09/22/2012 15:07:37 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/17/2012 13:52:59 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 07/17/2012 01:58:43 | CF7E75EAF9225D5CA52F3F977206735C6FDEB632 | Pink Orgasm |
| 06/29/2012 00:29:47 | 6778E1BB616874E8EDFCCB39BBAD28ABA01CBE8B | Happy Couple |
| 06/28/2012 02:18:35 | 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Romantic Memories |

**Total Statutory Claims Against Defendant: 47**

EXHIBIT A

CNJ48